NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**S3 GRAPHICS CO., LTD. AND S3 GRAPHICS, INC.,**
*Appellants,*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

AND

**APPLE INC.,**
*Intervenor.*

---

2012-1127

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-724.

---

**ON MOTION**

---

## ORDER

The parties move without opposition for extensions of time, until June 12, 2012, for the International Trade Commission and Apple Inc. to file their opposition briefs, and until July 27, 2012, for S3 Graphics Co., Ltd. et al. to file their reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

**MAY 2 1 2012**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Donald R. Dunner, Esq.
Clark S. Cheney, Esq.
George A. Riley, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 2 1 2012

JAN HORBALY
CLERK